# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EHLMAN;** | ) |
| | ) |
|    **PLAINTIFF,** | ) |
| | ) |
| **V.** | )   **2:20-CV-01387-AMM** |
| | ) |
| **UPLIFT, INC; ET AL,** | ) |
| | ) |
|    **DEFENDANTS.** | ) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE NOTE** the entry of appearance of John C. Hubbard as an additional counsel of record for the Plaintiff in the above-styled action.

                                              /s/ John C. Hubbard
                                              John C. Hubbard
                                              Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, Alabama 35203
205-378-8121
jch@jchubbardlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon all counsel of record to this proceeding by e-filing the same using the CM/ECF system on this the November 10, 2020:

William Brock Phillips, Esq.
MAYNARD COOPER AND GALE
1901 6th Ave. N, Suite 2400
Birmingham, AL 35203

Jade E Sipes, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
Wells Fargo Tower, 420 Twentieth Street North, Suite 1400
Birmingham, AL 35203

/s/ John C. Hubbard