FILED

2020 Dec-11 PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOAN EHLMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **UPLIFT, INC.; and EQUIFAX** | ) | |
| **INFORMATION SERVICES,** | ) | **Case No.: 2:20-cv-1387-AMM** |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ACKNOWLEDGMENT OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT UPLIFT, INC.

The court acknowledges Plaintiff's Notice of Dismissal against defendant, Uplift, Inc., without prejudice, filed December 7, 2020, Doc. 16, at which time this action against Uplift, Inc., was **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(a)(1)(A)(i). Costs are taxed as paid. Uplift, Inc.'s motion to dismiss, Doc. 14, is **DENIED** as moot. The Clerk of the Court is directed to terminate Uplift, Inc. as a defendant in this matter. Plaintiff's claims against Equifax Information Services, Inc., remain before the court.

**DONE** and **ORDERED** this 11th day of December, 2020.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE