FILED
2021 Apr-21 PM 07:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOAN EHLMAN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| **V.** | ) |
| | )   **2:20-CV-01387-AMM** |
| **UPLIFT, INC.;  ET AL,** | ) |
| | ) |
| **DEFENDANTS.** | ) |
| | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff Joan Ehlman, and hereby notifies the Court that Plaintiff has resolved all claims between her and all Defendants in this matter.  Plaintiff expects the settlement will be completed within sixty (60) days and the Parties will request this action to be dismissed.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35203
205-378-8121
jch@jchubbardlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of the Court and have electronically caused service to be made on all counsel of record by using the CM/ECF system.

                                                          /s/ John C. Hubbard