FILED
2021 Jul-02  PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOAN EHLMAN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:20-CV-1387 AMM |
| | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 28. Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear their own costs.

**DONE** and **ORDERED** this 2nd day of July, 2021.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE